# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
     NHC LLC,                                )  Docket No. 19 C 6332
 4                                           )
                         Plaintiff,          )
 5                                           )
                 vs.                         )
 6                                           )
     CENTAUR CONSTRUCTION COMPANY INC.,      )  Chicago, Illinois
 7   et al.,                                 )  August 7, 2024
                                             )  9:45 o'clock a.m.
 8                       Defendants.         )

 9                  TRIAL TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE MATTHEW F. KENNELLY
10

11   APPEARANCES:

12
     For the Plaintiff:      VEDDER PRICE P.C.
13                           BY:  MR. ZACHARY J. WATTERS
                             222 North LaSalle Street, Suite 2600
14                           Chicago, IL 60601
                             (312) 609-7500
15

16                           DAVIS MCGRATH LLC
                             BY:  MS. GINI S. MARZIANI
17                           125 South Wacker Drive, Suite 300
                             Chicago, IL 60606
18                           (312) 332-3033

19

20

21

22

23   Court Reporter:         MS. CAROLYN R. COX, RPR, CRR, FCRR
                             Official Court Reporter
24                           219 S. Dearborn Street, Suite 2102
                             Chicago, Illinois  60604
25                           (312) 435-5639
```

```
 1   APPEARANCES CONTINUED:

 2
     For Defendant            SMITHAMUNDSEN LLC
 3   Peter Alexopoulos:       BY:  MR. CONSTANTINE GAVRILOS
                                   MS. KIMBERLY ANNE HERRING
 4                            150 North Michigan Ave, Suite 3300
                              Chicago, IL 60601
 5                            (312) 894-3329

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    (The following proceedings were had in open court:)
2            THE CLERK:  Case 19 C 6332, NHC v. Centaur
3    Construction.
4            MS. MARZIANI:  Good morning, your Honor.  Gini
5    Marziani on behalf of the plaintiff.
6            MR. WATTERS:  Good morning, your Honor.  Zack Watters
7    also on behalf of the plaintiff.
8            MR. GAVRILOS:  Good morning, your Honor.  Constantine
9    Gavrilos on behalf of the defendants and third-party
10   respondents.
11           MS. HERRING:  Kim Herring on behalf of the same.
12           THE COURT:  Okay.  We're going to talk about the
13   status report filing issues and then the matters that are
14   contained in it last.
15           There's two pending motions that I'm going to deal
16   with before that.  The first is the motion, it's docket
17   number 462, by respondent McFadden for reconsideration.  The
18   motion's denied.
19           So what motions for reconsideration are supposed to
20   be for are things that -- where the Court overlooked
21   something.  "Overlooked" doesn't mean got wrong.  "Overlooked"
22   means I missed something, evidence that was filed, or I
23   overlooked an argument or I overlooked a response to an
24   argument or something like that.
25           That's not what this motion says.  The motion

1  basically asks for a do-over.  It asks for a do-over.  And
2  it's not an appropriate motion to reconsider.  It's denied.
3         I know you disagree with pretty much everything that
4  I have done in this case on the defense and respondents' side.
5  Your remedy is on the 27th floor of this building.  You know,
6  once you have an appealable order, you can enter it.
7         So that's the ruling on the motion to reconsider in
8  that case -- on that matter.  That's docket number 462.
9         By the way, there's some points in there that may be
10 brand new points that weren't made before.  That's equally an
11 improper basis for a motion to reconsider because those points
12 are considered to have been forfeited which they are in this
13 case.
14        The new motion to reconsider which got filed
15 yesterday or the day before, yesterday, docket number 474,
16 that's Mr. Alexopoulos' motion to reconsider, that's a
17 complete do-over.  That's denied for that reason.  I don't
18 even require a response on that.
19        So, look, I have to say this.  On some of these
20 arguments, I've heard the same argument three and four times
21 that I'm now hearing it again.  And to me, at this point, this
22 is a strategy in this case to basically just keep papering the
23 case and keep filing stuff over and over again so that nothing
24 ever happens.
25        We're done with it, okay?  There's no more motions to

1  reconsider.  They're going to be denied on their face unless
2  they actually are proper motions to reconsider, which neither
3  one of these came within shouting distance of being.  So that
4  motion's denied.
5          So now we're done with the motions to reconsider.
6          Now we're going to talk about the status report.
7          I don't know why it is that you guys, unlike
8  basically every lawyer in all of the 279 cases that I have
9  besides this one -- now, some people just blow dates.  It's
10 like the people in the last case and the people on the phone.
11 That happens.  I get that.
12         That's not what's happening here.  You guys can't get
13 your act together about who gets who a draft when.  Everybody
14 else in the entire civilized legal world figures this out on
15 their own.  We have a report due by the judge -- from the
16 judge -- or with the judge on such-and-such a date, one side
17 is going to get a draft X days before, the other side is going
18 to send their draft Y days before, and everybody gets it
19 figured out.
20         Doesn't seem to work out for you guys.  I don't know
21 why, and, honestly, I don't really care.  Don't really care.
22 Doesn't really matter.  All I know is I'm not -- you're not
23 doing what you're supposed to do.
24         And so you're done with warnings.  There's not going
25 to be any more warnings.  There's not going to be any more

1  THE COURT: Everything is an hour and a half outside
2 of Denver.
3  MR. WATTERS: Your Honor, it's my understanding he's
4 in or near the general Aspen area.
5  THE COURT: Oh, okay.
6  Well, to me, what makes the most sense is the
7 firearms dealer goes to the guy and gets the firearms so that
8 they don't have to be shlepping them across town because,
9 again, I don't want anybody to get in trouble. And if
10 Mr. Alexopoulos is driving guns from, you know, Niles to
11 Joliet and runs a red light, that ain't going to be good.
12  So what ought to happen is that the firearms dealer
13 ought to go to where -- go to the location at a time to be
14 arranged, but it has to happen by the 28th of August in both
15 locations.
16  Now we're on to item No. 6.
17  With regard to Mr. Tsaparas' vehicles that are the
18 subject of the July 12th turnover order, which is the Ducati,
19 the Lancia, and the Denali, the parties are to discuss in good
20 faith agreed-upon arrangements for the transfer and sale.
21  So the plaintiff says, we -- here's the proposal we
22 made. We didn't get a response. The defendants say -- hang
23 on one second. There was one issue about that that was in
24 here. Yeah.
25  No. I'm sorry. This is Tsaparas.

```
 1                    There we go.
 2                    As noted in his motion to claim exemptions,
 3    Mr. Tsaparas wishes to apply his exemptions to his 2002 BMW so
 4    that he too can sustain means of income and means to satisfy
 5    the judgment entered against him.
 6                    Whatever.  That's not one of the vehicles we're
 7    talking about.  I mean, that was discussed in the last opinion
 8    that I issued back in July.
 9                    The BMW isn't at issue here.  It's the other three
10    things.  And I get that one of them is a motorcycle, I get
11    that one of them is a junker, and I get that one of them is
12    something else, but -- it says, Mr. Tsaparas is continuing to
13    search for information on the mileage and the VINs to provide
14    to the plaintiff.
15                    I actually laughed out loud when I read that
16    sentence.
17                    Okay.  This is what I would do if I needed mileage on
18    my car.  I would walk out to my garage, I would open the
19    garage door, I would open the door to the car, and I would
20    look at the mileage.  I would probably turn it on because you
21    have to do that these days to look at the mileage, and I would
22    look at the mileage.
23                    Now, I get that one of these cars isn't workable.
24    That's not true for the Denali, is it?  He drives the Denali.
25    So why the heck doesn't he go -- just turn on the gosh darn
```

car and see what the mileage is? And the VIN number, I mean, it's right there. VINs are in two places in a car, one of which is secret that only car dealers know about, and one of which is right inside the windshield. You go up to the windshield, you look in with pencil and paper in hand, and you write it down. Pretty easy to do.

So what am I to think, what am I to think as a judge who entered an order, when I'm told that somebody is still working on getting the VIN and the mileage for a working vehicle? I'm just talking about the Denali now. That's why I say I laughed out loud when I read it.

I can tell you what I think. It kind of goes back to a point I made before. Stall, delay, do nothing, shuffle, you know, pirouette, whatever, anything I can do to not comply with what the judge said and to delay the day of reckoning. That's what's happening here.

So do you have an explanation for me? Because if you don't, then the other thing that's going to happen at 9:00 o'clock tomorrow morning is that Mr. Tsaparas is going to be here and he's going to be up on the witness stand because I'm about to order him to show cause why he shouldn't be held in contempt of court.

MR. GAVRILOS: Yes, your Honor. So --

THE COURT: And the hearing on the contempt is going to be tomorrow morning at 9:00 o'clock.

1	MR. GAVRILOS: Yes, your Honor. And we've talked
2	about a number of vehicles with Mr. Tsaparas --
3	THE COURT: Denali.
4	MR. GAVRILOS: -- with the Denali. So I do believe
5	that was part of the February 8th, 2024, citation production,
6	your Honor. There have been upwards of five or six
7	productions in total for both of the defendants, including the
8	supplements. We have emailed VIN numbers. I think we emailed
9	the VIN number for the Lancia to opposing counsel at some --
10	THE COURT: Time out. This is your part of the
11	status report, docket 472 -- docket number 472, page 7: As to
12	the Lancia and the Ducati, Mr. Tsaparas is continuing to
13	search for information as to the mileage and VINs to provide
14	to the plaintiff.
15	MR. GAVRILOS: Right. That's not -- that's not the
16	Denali.
17	THE COURT: Oh.
18	MR. GAVRILOS: That's the Lancia and the Ducati.
19	THE COURT: Okay. So why hasn't he turned over the
20	Denali then?
21	MR. GAVRILOS: We haven't objected to that, your
22	Honor. That's kind of my point, is that the claim for
23	exemptions was for the BMW.
24	THE COURT: I ruled on it.
25	But that's the BMW. I'm asking about the Denali.

1       THE COURT: What's it on?

2       MR. WATTERS: As to the content of it, I think it's
3  just for status.

4       THE COURT: It's just a status hearing? We don't
5  need to do it that fast. So that one's stricken. I'm going
6  to make it -- actually, not the 4th. Let's make it the 11th
7  of September at 9:15 in person, and the status report is due
8  on the 4th. So figure out before you get back there who's
9  getting who a draft when.

10      All right. See you.

11      MR. WATTERS: Thank you, your Honor.

12   (Which were all the proceedings had in the above-entitled
13  cause on the day and date aforesaid.)

14   I certify that the foregoing is a correct transcript from
   the record of proceedings in the above-entitled matter.
15
   /s/ *Carolyn R. Cox, RPR, F/CRR*_____August 8, 2024
16  Official Court Reporter
   United States District Court
17  Northern District of Illinois
   Eastern Division