## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 25-16599-KHT |
| | ) | |
| SPYRIDON TSAPARAS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

### LIMITED OBJECTION TO MOTION TO AVOID JUDGMENT LIEN OF NHC LLC IMPAIRING EXEMPT PROPERTY PURSUANT TO 11 U.S.C § 522(f)

NHC LLC ("**NHC**"), by and through undersigned counsel, files this limited objection (the "**Objection**") to Spyridon Tsaparas' *Motion to Avoid Judgment Lien of NHC LLC Impairing Exempt Property Pursuant to 11 U.S.C. § 522(f)* [Docket No. 42] (the "**Motion**"), and states as follows:

1.     On October 10, 2025, the Debtor filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code. *See* Docket No. 1.

2.     On December 15, 2025, the Debtor filed the Motion. *See* Docket No. 42.

3.     The Motion seeks to "avoid[] in its entirety" NHC's judgment lien against the Debtor, which was obtained pursuant to 735 ILCS 5/2-1402(m) in the case styled, *NHC LLC v. Centaur Constr. Co.*, Case No. 19-cv-06332 (N.D. Ill. Sept. 23, 2019), "as to the Debtor's Property and Unpaid Wages." Docket No. 42-1.

4.     "Property" is defined as "a 100% interest in funds currently frozen in a US Bank account." Docket No. 42, ¶ 2.

5.     "Unpaid Wages" is defined as "unpaid wages on his Schedule A." *Id.*

6.     The Debtor scheduled "Unpaid Wages" in the amount of $5,598.08 and "Future wages" in an unknown amount. *See* Docket No. 40, ¶ 30.

7.     It is unclear whether the Debtor seeks to avoid NHC's judgment lien as to "Unpaid Wages" and "Future wages."

8.     The Debtor does not apply the 522(f) formula to "Unpaid Wages." *See generally* Docket No. 42.

9.     NHC does not necessarily oppose the relief sought in the Motion, but respectfully requests that any order clearly identify the property against which NHC's judgment lien is being avoided, specifically that (i) NHC's judgment lien is avoided as to, and only as to, (a) U.S. Bank Account No. x8753 in the amount of $5,125.75 [Docket No. 40 at 11, line 17.1]; and (b) unpaid wages in the amount of $5,598.08 [*id.* at 12, line 30]; and (ii) NHC's judgment lien against the Debtor remains in place in all other respects.

WHEREFORE, NHC respectfully requests that the Court sustain the Objection, enter an order substantially in the form attached hereto, and grant any other relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 8, 2026

*/s/ Patrick R. Akers*
James T. Markus (25065)
Patrick R. Akers (54803)
MARKUS WILLIAMS LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
jmarkus@markuswilliams.com
pakers@markuswilliams.com

Daniel P. Jackson (IL 6289813)
Zachary J. Watters (IL 6310675)
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
(312) 609-7500
(312) 609-5005 (facsimile)
djackson@vedderprice.com
zwatters@vedderprice.com

*Counsel for NHC LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 8, 2026, I served a complete copy of the *Limited Objection to Motion to Avoid Judgment Lien of NHC LLC Impairing Exempt Property Pursuant to 11 U.S.C. § 522(f)* on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Simon E. Rodriguez, via CM/ECF
- Aaron J. Conrardy, via CM/ECF
- Jenny M.F. Fujii, via CM/ECF
- U.S. Trustee, via CM/ECF


*/s/ Patrick R. Akers*
Patrick R. Akers (54803)

*Counsel for NHC LLC*